MABEL ALBERT, as Administratrix of the Estate of ABRAHAM L. ALBERT, Deceased, Appellant, v. HARRY C. ALBERT, Respondent.— All concur. (The judgment dismisses plaintiff's complaint in an action for an accounting.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

MARYLAND CASUALTY COMPANY, Respondent, v. CENTRAL TRUST COMPANY, ROCHESTER, Appellant.— Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Estate of EDWARD FAIRBAIRN, Deceased.— Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

MICHAEL SIMONELLI, Appellant, v. JOHN DADDAZIO, Respondent.— Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GLENN L. BUCK, Appellant, against LESTER B. RAPP et al., as Councilmen of the City of Rochester, et al., Respondents.— Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GLENN L. BUCK, Appellant, against WILLIAM H. WOODWORTH, as City Assessor of the City of Rochester, et al., Respondents.— Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD CARR, Appellant, against WILLIAM HUNT, as Warden of Attica State Prison, Respondent.— Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

## (May 14, 1943.)

In the Matter of the Estate of HENRIETTA F. GRIGGS, Deceased.— Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.